PROB 12C
(6/16)

Report Date: December 13, 2023

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Louis Lee Zacherle | Case Number: 0980 2:18CR00210-TOR-1 |
| Address of Offender: ▇▇▇▇ | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: August 2, 2019 | |
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner, 18 U.S.C. §§ 113(a)(7) & 1153 |
| Original Sentence: Prison - 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Alison L. Gregoire | Date Supervision Commenced: March 26, 2021 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: March 25, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/17/2023.

On March 26, 2021, Mr. Zacherle reviewed and signed the judgment for case number 2:18CR00210-TOR-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that Mr. Zacherle violated the conditions of his supervised release by committing the crimes of malicious mischief domestic violence and battery domestic violence on or about December 7, 2023. |
| | On December 7, 2023, at approximately 10:30 p.m., per Colville Tribal Police Department (CTPD) report 23-2148, a CTPD officer responded to a residence for a possible domestic disturbance. A CTPD officer arrived at the residence and he first made contact with Mr. Zacherle who informed the officer that he was remodeling the house. The CTPD Officer then inquired if the homeowner was present in which Mr. Zacherle stated that she had left the residence with a friend. A second male came to the front door of the residence and the CTPD officer requested Mr. Zacherle wait at the end of the front porch. Upon speaking to |

Prob12C
**Re: Zacherle, Louis Lee**
**December 13, 2023**
**Page 2**

the second male, the CTPD officer ascertained from the second male that while he was in a separate room, he heard yelling between Mr. Zacherle and the homeowner followed by a loud crashing sound. Upon hearing the crashing sound, the second male exited his room in which he observed Mr. Zacherle and the homeowner already separated.

The CTPD officer then observed the homeowner in the kitchen and she appeared to be crying and he attempted to ask her what happened and he also noticed a large mess in the kitchen area in which cabinets were ripped from the wall. The homeowner initially did not want to speak with the CTPD officer as she walked to the bedroom at the back of the house. The CTPD officer then went to speak with Mr. Zacherle though he fled into the woods behind the house. The complainant then arrived at the residence and informed the CTPD officer she was going to take the homeowner to the hospital and she stated she would encourage the homeowner to speak with law enforcement about this incident. Another CTPD officer arrived at the residence in an attempt to locate Mr. Zacherle though they were initially unsuccessful in locating him.

While at a hospital, a CTPD officer was able to get a recorded statement from the homeowner. The homeowner stated that she and Mr. Zacherle were remodeling the house and upon him getting angry, he struck her with an open hand and pushed her to the ground and kicked her twice in the ribs on her left side. The CTPD officer observed swelling to her left cheek, swelling with an abrasion to her forehead, the appearance of a bruise forming to the right side of her face, and swelling with an abrasion on her right leg. The homeowner informed the CTPD officer these injuries were a result of her falling to the ground. The CTPD officer ascertained that Mr. Zacherle and the homeowner were in an intimate relationship and there were four children in the residence when this incident occurred. Probable cause was determined that Mr. Zacherle committed battery domestic violence and malicious mischief domestic violence. Mr. Zacherle was ultimately located back at the homeowner's residence at approximately 2:30 a.m. on December 8, 2023, in which he was arrested on the aforementioned charges. As of this writing, Mr. Zacherle remains in custody at the Colville Tribal Corrections Center.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/13/2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Zacherle, Louis Lee
December 13, 2023
Page 3

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Thomas O. Rice
United States District Judge

December 13, 2023
Date